UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CESAR PONCE-VALENCIA,

                Petitioner,

v.

KEVIN RAYCRAFT et al.,

                Respondents.
_____/

Case No. 1:26-cv-595

Honorable Paul L. Maloney

## **ORDER**

This is a habeas corpus action brought by counsel on behalf of an individual detained by the United States Immigration and Customs Enforcement detained at the North Lake Processing Center located in Baldwin, Lake County, Michigan. In an opinion and judgment entered on March 5, 2026, the Court conditionally granted Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and ordered Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within five business days or, in the alternative, immediately release Petitioner. (Op. & J., ECF Nos. 6, 7.) On March 13, 2026, Petitioner filed a motion to enforce judgment, arguing that Respondents had failed to comply with the Court's March 5, 2026, judgment. (Mot., ECF No. 8.) Petitioner asserted that Respondents had failed to provide Petitioner with a bond hearing, or release Petitioner, within the timeframe specified in the judgment. (*Id*.) On March 17, 2026, the parties filed a joint stipulation of dismissal, requesting that Petitioner's motion to enforce judgment be dismissed because Respondents had released Petitioner from custody. (Stip., ECF No. 9.)

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (ECF No. 9), is **GRANTED**, and Petitioner's motion to enforce judgment (ECF No. 8), is **DISMISSED**.

Dated:   May 6, 2026                                    /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge